IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

THOMAS A. ROSE,

    Plaintiff,

v.    Case No. 7:20cv609

OFFICER ADAMS, *et al.*,

    Defendants.

## CERTIFICATION

Defendants Officer J. Adams, Officer E. Paisley, and K-9 Sgt. J. Robinson, by counsel, hereby certify that on this 30th day of April, 2021, their responses to Plaintiff's Request for Production of Documents, ECF No. 20, and Request for Admissions, ECF No. 21, were delivered to the Plaintiff.

    Respectfully submitted,

    OFFICER ADAMS, OFFICER E. PAISLEY, AND
    K-9 SGT. J. ROBINSON

By:    /s/ Timothy E. Davis
    Timothy E. Davis, AAG, VSB#87448
    Office of the Attorney General
    Criminal Justice & Public Safety Division
    202 North 9th Street
    Richmond, Virginia 23219
    (804) 225-4226
    (804) 786-4239 (Fax)
    Email: tdavis@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:  N/A; and

I hereby certify that I have mailed the document, postage prepaid, to the following non-filing user:

Thomas A. Rose #1434775
River North Correctional Center
329 Dell Brook Lane
Independence, VA 24348

        /s/ Timothy E. Davis
Timothy E. Davis, AAG, VSB#87448
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 225-4226
(804) 786-4239 (Fax)
Email:  tdavis@oag.state.va.us