

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 4 2021

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## COMMONWEALTH of VIRGINIA

*Office of the Attorney General*
*Richmond 23219*

**Mark R. Herring**
Attorney General

202 N. 9th Street
Richmond, Virginia 23219
804 - 786 - 2071
804 - 371 - 8946 TDD

May 3, 2021

Honorable Julia C. Dudley
Clerk of Clerk
United States District Court
Western District of Virginia – Roanoke Division
210 Franklin Road, S.W.
Roanoke, VA 24011

       Re:   <u>Thomas Rose v. Officer Adams, et al.</u>
            Case No. 7:20cv609

Dear Ms. Dudley:

Enclosed please find one (1) disc containing the video recordings referred to as Enclosures A and B to the Affidavit of K. King (ECF 24-2) filed with the Memorandum in Support of Motion for Summary Judgment (ECF 24) in the above referenced matter.

If you have any questions, please do not hesitate to contact me directly at (804) 225-4226.

Thank you for your assistance.

                    Sincerely,

                    *Timothy E. Davis*
                    Timothy E. Davis
                    Assistant Attorney General
                    Criminal Justice and Public Safety

Enclosure
cc:    Thomas A. Rose #1434775 (w/o enclosure)
      River North Correctional Center
      329 Dell Brook Lane
      Independence, VA 24348

https://www.campusship.ups.com/cship/create?ActionOriginPair=default___PrintWindowPage&key=labelWindow&type=html&loc=en_US&instr=A&doc…    1/1



TIMOTHY E. DAVIS
OFFICE OF ATTORNEY GENERAL
202 N. NINTH STREET
RICHMOND  VA 23219

**1 LBS**          **1 OF 1**

**SHIP TO:**
HONORABLE JULIA C. DUDLEY
US DISTRICT COURT - CLERK'S OFFICE
210 FRANKLIN ROAD S.W.
**ROANOKE VA  24011-2209**

**VA 240 9-10**

**UPS GROUND**
TRACKING #: 1Z 231 190 03 9941 6694

BILLING: P/P

COST CODE: 306
PROJECT CODES: 0          CS 22.0.13.      WNTNV50 45.0A 04/2021*