September 8, 2021

United States District Court
Office of Clerk
210 Franklin Rd. RM 540
Roanoke, VA 24011-2208

RE: Rose v. Adams, et. al.   7:20cv609

Dear Clerk:

My name is Thomas Alexander Rose #1434775, and I'm the Plaintiff in the above-styled action. I am writing to inform the court that my mailing address has changed to:

Thomas Alexander Rose #1434775
Buckingham Correctional Center
P.O. Box 430
Dillwyn, VA 23936

Please let me know you've made a note of this change at your earliest convenience.

Sincerely,
Thomas A. Rose

Thomas A. Rose #1434775
Buckingham Correction Center
P.O. Box 430
Dillwyn, VA 23936

Thomas H. Rose 1434775
Buckingham Correctional Ce[nter]
P.O. Box 430
Dillwyn, VA 23936

7020 0640 0001 5332 5178

MAILED
SEP 16 2021
Buckingham Correctional Center
Mailroom

Legal Mail

Dept. of Corrections censored or inspected assumes no responsibility for its contents




ZIP 23936  $ 008.16
02 4W
0000370993 SEP 16 2021




1024    24011

U.S. POSTAGE PAID
FCM LG ENV
DILLWYN, VA
23936
SEP 16, 21
AMOUNT
$0.00
R2305M145828-02

United STates District Court
Office of Clerk
210 Franklin Rd. Rm. 540
Roanoke, VA 24011-2208